UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LUIS MANUEL ARGUELLO,

    Plaintiff,

v.                                                   Case No: 5:20-cv-582-GKS-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Defendant moves to stay this case for 90 days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 13). Due to public health concerns, the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner.

As a result, the SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia is unable to prepare the transcript of the record for this case. Many of the OAO's employees are teleworking and are unable to complete the critical in person physical tasks to produce the transcript.

Accordingly, the Commissioner's unopposed motion (Doc. 13) is GRANTED to the extent that the Commissioner shall file an answer and the transcript of the record for this case within 90 days.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on April 14, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties